UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                           Case No. 2:06-cr-36-FTM-29SPC

MICHAEL CROCE
_____

**OPINION AND ORDER**

This matter is before the Court on defendant's *pro se* Notice of Motion for an Order Granting A Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #91) filed on March 16, 2009. Defendant seeks a reduction in his sentence in light of Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses by two levels.

Amendment 706 was effective November 1, 2007. Defendant Croce was sentence on December 17, 2007, and received the benefit of the Sentencing Guidelines as amended by Amendment 706. Since defendant has already received the benefit of the crack cocaine amendment, no further reduction is authorized by 18 U.S.C. § 3582(c), and any further reduction would not be consistent with the United States Sentencing Guidelines (U.S.S.G.) policy statement in U.S. Sentencing Guidelines Manual § 1B1.10. As a result, the request to proceed *in forma pauperis* will be denied as moot.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. Defendant's *pro se* Notice of Motion for an Order Granting A Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #91)

is **DENIED**.

2. Defendant's Application to Proceed In Forma Pauperis, Supporting Documentation and Order (Doc. #92) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of April, 2009.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Michael Croce
U.S. Probation
U.S. Marshal